IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-155-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| JANET JOHNSON-HUNTER, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to seal her Fourth Motion to Continue Sentencing. For good cause shown, the Clerk is directed to seal said motion.

This 19th day of October 2010.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh