UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:09-CR-155-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| JANET JOHNSON-HUNTER, | ) | |
| Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Clerk is directed to seal said Sentencing Memorandum.

This 7th day of March, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE