UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-155-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JANET JOHNSON-HUNTER | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 48 and its accompanying exhibits be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the ____6TH____ day of May, 2011.

MALCOLM J. HOWARD
Senior United States District Judge